THOMAS P. O'BRIEN
United States Attorney
SANDRA R. BROWN
Assistant United States Attorney
Chief, Tax Division
VALERIE L. MAKAREWICZ
Assistant United States Attorney
SBN 229637
  Room 7211, Federal Building
  300 North Los Angeles Street
  Los Angeles, California  90012
  Telephone:  (213) 894-2729
  Facsimile:  (213) 894-0115
  Email: valerie.makarewicz@usdoj.gov

Attorneys for United States of America



UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. SACV09-00170 JVS (ANx) |
| Petitioner, | [PROPOSED] ORDER TO SHOW CAUSE |
| vs. | |
| DAVID B. COULTER, | |
| Respondent. | |

Upon the Petition and supporting Memorandum of Points and Authorities, and the supporting Declaration to the Petition, the Court finds that Petitioner has established its prima facie case for judicial enforcement of the subject Internal Revenue Service ("IRS" and "Service") summons. See United States v. Powell, 379 U.S. 48, 57-58, 85 S.Ct. 248, 13 L.Ed.2d 112 (1964); see also Crystal v. United States, 172 F.3d 1141, 1143-1144 (9th Cir. 1999); United States v. Jose, 131 F.3d 1325, 1327 (9th Cir. 1997); Fortney v. United States, 59 F.3d 117, 119-120 (9th Cir.

1

1995) (the Government's prima facie case is typically made through the sworn declaration of the IRS agent who issued the summons); accord, <u>United States v. Gilleran</u>, 992 F.2d 232, 233 (9th Cir. 1993).

**THEREFORE, IT IS ORDERED** that Respondent appear before this District Court of the United States for the Central District of California in Courtroom No. 10C,

\_\_\_\_  United States Courthouse
312 North Spring Street,
Los Angeles, California 90012

\_\_\_\_  Roybal Federal Building and United States Courthouse
255 E. Temple Street,
Los Angeles, California 90012

✓  Ronald Reagan Federal Building and United States Courthouse
411 West Fourth Street,
Santa Ana, California 92701

\_\_\_\_  Brown Federal Building and United States Courthouse
3470 Twelfth Street, Riverside, California 92501

on April 6, 2009, at 11:00 A.m. and show cause why the testimony and production of books, papers, records and other data demanded in the subject Internal Revenue Service summons should not be compelled.

**IT IS FURTHER ORDERED** that copies of this Order, the Petition, Memorandum of Points and Authorities, and accompanying Declaration be served promptly upon Respondent by any employee of the Internal Revenue Service or by the United States Attorney's Office, by personal delivery or by certified mail.

1  **IT IS FURTHER ORDERED** that within ten (10) days after
2  service upon Respondent of the herein described documents,
3  Respondent shall file and serve a written response, supported by
4  appropriate sworn statements, as well as any desired motions.
5  If, prior to the return date of this Order, Respondent files a
6  response with the Court stating that Respondent does not desire
7  to oppose the relief sought in the Petition, nor wish to make an
8  appearance, then the appearance of Respondent at any hearing
9  pursuant to this Order to Show Cause is excused, and Respondent
10 shall be deemed to have complied with the requirements of this
11 Order.
12 ///
13 ///
14 ///
15 ///
16 ///
17 ///
18 ///
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

**IT IS FURTHER ORDERED** that all motions and issues raised by the pleadings will be considered on the return date of this Order. Only those issues raised by motion or brought into controversy by the responsive pleadings and supported by sworn statements filed within ten (10) days after service of the herein described documents will be considered by the Court. All allegations in the Petition not contested by such responsive pleadings or by sworn statements will be deemed admitted.

DATED: This ___13th___ day of ___February___, 2009

_____
United States District Judge

Presented By:

THOMAS P. O'BRIEN
United States Attorney
SANDRA R. BROWN
Assistant United States Attorney
Chief, Tax Division

_____
VALERIE L. MAKAREWICZ
Assistant United States Attorney
Attorneys for United States of America
Petitioner